UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:07-CR-259-FL-2
Civil No. 5:16-CV-601-FL


MARCUS ROBERT WILLIAMS,            )
                                   )
                    Petitioner,    )
                                   )                 ORDER
        v.                         )
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                    Respondent.    )


Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-

captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **40** days of the filing of

this order.

SO ORDERED, this the 27th day of June, 2016.


_____
Louise W. Flanagan
United States District Judge